**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA**

**RICHMOND DIVISION**

In re:  Antonio Lamont Hill SR                      Case Number: 06-30947
                                                    Chapter :   13

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS
_____

      Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

_____                    **Amount of Dividend**
**Antonio Lamont Hill SR**                          $ 2.61
**2205 West Providence Court**
**Richmond, VA  23236**

**Dated: August 26, 2011**                         \S\ Robert E. Hyman
                                                   _____
                                                   **(Signature of Trustee)**

                                                   **Robert E. Hyman
                                                   Standing Chapter 13 Trustee
                                                   P.O. Box 1780
                                                   Richmond, VA. 23218-1780**